**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Fidel MOLINA–AVENDANO, also
known as Fidel Molina–Avedano,
Defendant–Appellant.**

No. 11–41008
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2012.

Before DAVIS, STEWART, and
PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Fidel Molina–Avendano (Molina) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Molina has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

